UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GENRIK DZHANIKYAN,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. 5:26-cv-05437-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition (ECF 1) is denied without prejudice.

DATED: October 23, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE